# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Eans,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Sherry Lund,<br><br>　　　　Defendant. | **NO. CV-22-01532-PHX-DLR**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the verdict of the jury filed May 23, 2024, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

May 24, 2024

　　　　　　　　　　　　　　　　　　s/ Robert Vasquez
　　　　　　　　　　　　　　By　　Deputy Clerk